May Term, 1861.

CLARK v. JONES.

---

CLARK and Others *v.* JONES and Others.

APPEAL from the *Wayne* Common Pleas.

Saturday, June 1.

*Per Curiam.*—Suit upon a note given by *Harmon Clark* and *Jediah Price* to *John D. Jones & Co.*, dated *August* 3, 1858.

Answer as follows: That on *December* 2, 1856, *Clark*, one of the makers of said note, purchased of one *C. J. Plumb*, a certain tract of land, receiving from *Plumb* a bond for a deed on payment of the purchase money, being $1,000; $600 of

May Term, 1861.

which was paid down, and two notes, of $200 each, given for the balance; that one of said two notes, the other having been paid, came to the hands of *Jones & Co.*, the plaintiffs, who presented the same at maturity for payment; that said *Clark* promised said *Jones & Co.* that he would pay it, if they would procure *Plumb* to execute the deed required by his title bond, for the land; that they procured the deed, and delivered it to *Clark*, and he took up his note to *Plumb*, held by *Jones & Co.* by assignment, by executing to the latter a new note for the money due, with *Price* as surety, payable at a future day; that the note thus given is the one sued on; that said defendant, *Clark*, has since discovered that *Plumb* had no title to the land conveyed to *Clark*, though it was the same as described in the title bond; that he has become insolvent, so that recourse to his covenant will be unavailing; and hence the consideration of the note sued on has failed.

A demurrer was sustained to this answer, and the plaintiffs had judgment.

The judgment is affirmed, with 5 per cent. damages and costs.

*N. H. Johnson,* for the appellants.

*J. H. Mellett, E. B. Martindale* and *J. B. Julian,* for the appellees.